## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Marcus Madden,

Plaintiff(s),

v.

City of Chicago, et al ,

Defendant(s).

Case No.  12 C 7110
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Based on the jury verdict, judgment is hereby entered in favor of Plaintiff, Marcus Madden and against Defendants, Scott McWilliams, Jacinta O'Driscoll and the City of Chicago on Plaintiff's claim of unlawful search. Plaintiff is awarded $500.00 dollars for the value of the property illegally seized from Plaintiff. Plaintiff is also awarded $5,000.00 dollars for the physical and mental/emotional pain and suffering that Plaintiff has experienced and is reasonably certain to experience in the future. Plaintiff's total compensatory damages is $5,500.00. Judgment is hereby entered in favor of Defendants, Scott McWilliams, Jacinta O'Driscoll and the City of Chicago as to all other claims. Civil case terminated.

This action was *(check one)*:

☒ tried by a jury with Judge John Robert Blakey presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date: 8/8/2016                              Thomas G. Bruton, Clerk of Court

                                            s/ G. Lewis , Deputy Clerk