## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Marcus A. Madden
         Plaintiff,

v.               Case No.: 1:12−cv−07110
               Honorable John Robert Blakey

City Of Chicago, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 6, 2016:

  MINUTE entry before the Honorable John Robert Blakey: Enter Order. Pursuant to the parties' stipulation as to judgment, statutory attorney's fees and costs, the motion for new trial [144] and the parties' bills of costs [143], [146], are withdrawn and the Court awards judgment, fees and costs consistent with the accompanying Order. All other pending motions are hereby terminated. The 12/15/16 status hearing date is stricken, and the parties need not appear. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.