## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS A. MADDEN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 12 CV 7110 |
| | ) | |
| CITY OF CHICAGO, OFFICER SCOTT | ) | |
| MCWILLIAMS Star #1784, OFFICER O. | ) | |
| DRISCOLL Star No. 6247, COUNTY OF | ) | Judge John Robert Blakey |
| COOK, UNKNOWN FEMALE OFFICER | ) | |
| AT BRANCH 44 COURTHOUSE, CCSPD | ) | |
| HEADQUARTERS and BRANCH 44 | ) | |
| COURTHOUSE, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter coming before the Court on the stipulation of the parties of record in this cause, the Court having reviewed the Stipulation as to Judgment, Attorney's Fees and Costs and being advised:

IT IS HEREBY ORDERED:

1.    The judgment for compensatory damages entered in favor of Plaintiff, Marcus Madden and against  Defendant Officers Scott McWilliams and Jacinta O'Driscoll in the amount of  $5,500.00 to be paid in full satisfaction by the City of Chicago as indemnitor pursuant to 745 ILCS 10/9-102.

2.    A judgment for attorney's fees of the Plaintiff's counsel pursuant to 42 U.S.C. §1988 is entered in the amount of $70,000.00, and will be paid in full satisfaction by the City of Chicago as indemnitor pursuant to 745 ILCS 10/9-102.

3.    Plaintiff agrees to withdraw his Motion for New Trial that was filed on August 26, 2016 [144].

4.    Plaintiff agrees to withdraw his Bill of Costs against Defendants McWilliams, O'Driscoll and the City of Chicago that was filed on August 26, 2016 [143].

5.    Defendants agree to withdraw their Bill of Costs against Plaintiff that was filed on September 6, 2016 [146].

Dated: December 6, 2016

ENTERED:

John Robert Blakey
United States District Judge